IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACY HUA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **US BANK NATIONAL ASSOCIATION, FEDERMAN & ASSOCIATES LLC, NATION STAR MORTGAGE and KML LAW GROUP P.C.** | : : : : | **NO. 14-6767** |

### ORDER

**AND NOW**, this 11th day of March, 2015, upon consideration of the Motion of Defendant KML Law Group, P.C. to Dismiss Plaintiff's Complaint Under Rule 12(b)(1) for Lack of Subject Matter Jurisdiction and Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can be Granted (Document No. 6), the Motion of Defendant Federman & Associates, LLC to Dismiss Plaintiff's Complaint Under Rule 12(b)(1) for Lack of Subject Matter Jurisdiction and Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can be Granted (Document No. 9), the Motion to Dismiss Complaint With Prejudice (Document No. 14), the plaintiff's responses in opposition to the motions, and the replies, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.